IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1353 |
| ) | |
| VARIOUS PARCELS OF REAL ) | |
| PROPERTY; ) | |
| ) | |
| 1993 LEXUS, ) | |
| CA REGISTRATION 4LZT506; ) | |
| ) | |
| A ROLEX OYSTER PERPETUAL ) | |
| WRISTWATCH, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this 9th day of Feb_____, 2009, it is hereby,

ORDERED, ADJUDGED, and DECREED that in the event that Bernice Thompson wishes to contest the forfeiture of the defendant 1993 Lexus, CA Registration 4LZT506, Bernice Thompson shall file a claim with the Clerk of the United States District Court of Western Pennsylvania no later than March 9, 2009, in accordance with 18 U.S.C. § 983(a)(4) and Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims.

_____
United States District Judge