IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Civil Action No. 07-1353 |
| ) | |
| VARIOUS PARCELS OF REAL PROPERTY; ) | |
| ) | |
| 1993 LEXUS ) | |
| CA REGISTRATION 4LZT506; ) | |
| ) | |
| A ROLEX OYSTER PERPETUAL ) | |
| WRISTWATCH, ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, this 5th day of Jun, 2011, it is hereby,

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation be, and hereby is, approved, the specific terms of which are incorporated by reference into this Order.

It is FURTHER ORDERED that Bernice Thompson withdraws her claim to the defendant 1993 Lexus and the defendant Rolex Watch that was seized by the United States.

It is FURTHER ORDERED that Bernice Thompson's interest in the 1993 Lexus and the defendant Rolex Watch is forfeited to the United States.

_____
United States District Court