IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1353 |
| ) | |
| VARIOUS PARCELS OF REAL ) | |
| PROPERTY; ) | |
| ) | |
| 1993 LEXUS, ) | |
| CA REGISTRATION 4LZT506; ) | |
| ) | |
| A ROLEX OYSTER PERPETUAL ) | |
| WRISTWATCH ) | |
| ) | |
| Defendants ) | |

**ORDER**

AND NOW, this 29th day of May, 2012, it is hereby

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved, the terms of which are incorporated in their entirety herein by reference.

IT IS FURTHER ORDERED that the United States Marshal Service release "as-is" the Defendant Rolex to Tavo Simmons.

IT IS FURTHER ORDERED that Tavo Simmons's interest in the defendant real property and the defendant 1993 Lexus that are the subjects of Civil Action No. 07-1353 are forfeited to the United States.

_____
United States District Court